FILED
JAMES BONINI
CLERK

07 MAR 23 PM 2:27

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

| | | |
|---|---|---|
| ANTOINE D. BRAXTON, | : | Case No.: 1:05-cv-555 |
| Plaintiff, | : | Judge: Sandra Beckwith |
| v. | : | |
| TECO BARGE LINE, INC., *et al.*, | : | |
| Defendants. | : | |

### ORDER

This day came Plaintiff, Antoine D. Braxton, in person and by his attorney, and came Defendants, TECO Barge Line, Inc., TECO Transport and the *M/V Martha Lynn*, by and through their attorney pursuant to the Petition for Leave to Compromise and settle the claims of Plaintiff herein. This Court, being fully advised of the terms of the settlement and having heard from Plaintiff, approves the settlement finding it fair in all respects and further finding Plaintiff to have entered into the Settlement Agreement freely, without deception or coercion, and with an adequate understanding of his medical condition and legal rights.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the compromise and settlement of this action is approved and this case is hereby dismissed, with prejudice to future action, each party to bear its own costs.

ENTERED this 23rd day of March, 2007.

ENTER:

_____
Judge Sandra S. Beckwith